

IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NEW YORK
AT BROOKLYN

FILED
IN CLERK'S OFFICE
U.S. DISTRICT COURT E.D.N.Y
★ JAN 31 2011 ★
BROOKLYN OFFICE

| | |
|---|---|
| MICHAEL R. RAY, ) | |
| ) | |
| Plaintiff, ) | |
| ) | Civil Action #:1:11-cv-00184-ARR-JMA |
| -vs- ) | |
| ) | |
| NORTHERN LEASING SYSTEMS, INC., ) | |
| ) | |
| Defendant. ) | |
| ) | |

## PLAINTIFF'S MOTION TO DISMISS ACTION WITH PREJUDICE

NOW BEFORE THE COURT COMES the Plaintiff, *pro se*, MICHAEL R. RAY to move the Honorable Court to dismiss this litigation with prejudice based on the following relevant facts and specific particulars:

The Plaintiff and Defendant NORTHERN LEASING SYSTEMS, INC. have entered a confidential Settlement Agreement, whereby the parties settled their differences to the satisfaction of each.

Within said agreement were terms specifically requiring that the *pro se* Plaintiff enter a Motion to the Court requesting that this action is dismissed with prejudice.

Additionally, opposing counsel hereby consents to the entry of the dismissal of his client from this action with prejudice.

**W H E R E F O R E**, the *pro se* Plaintiff would respectfully requests that this Court hereby dismiss this pending action with prejudice, and for any other and further relief that this Court may deem appropriate.

Respectfully submitted,

Dated: January 26, 2011            By:_____
                                   MICHAEL R. RAY, *pro se*
                                   Post Office Box 100
                                   Myrtle Beach, SC 29578-0100
                                   Phone: (843) 424-8804
                                   E-mail: MichaelRay@mail.com

## CERTIFICATE OF SERVICE

I, MICHAEL R. RAY do hereby certify that on this the 26th Day of January, 2011, I did deposit with the U.S. Mail, with proper first-class postage affixed, the original of this motion for filing with the Clerk of Court, and further that I served opposing counsel, who has yet to appear in this action, with a copy via First Class Mail.

By: _____
MICHAEL R. RAY

AFTER FIVE (5) DAYS RETURN TO

Post Office Box 100
Myrtle Beach, South Carolina 29578

USDC EDNY
Clerks Office
225 Cadman Plaza, E.
Brooklyn, NY 11201